IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cv-03033-WDM-MEH

WAYBILL MANAGEMENT GROUP, LLC, a Delaware limited liability company, and MUSTANG INVESTMENT HOLDINGS, LLC, a Colorado limited liability company

Plaintiffs,

v.

BJK LLC, a California limited liability company;
GABRIEL RUHAN, an English citizen;
STEVE SCOTT, an English citizen

Defendants.

# ORDER ALLOWING DEPOSIT OF CASH INTO REGISTRY OF COURT IN CONNECTION WITH INTERPLEADER ACTION

This matter comes before the Court on Plaintiffs' Motion for Leave to Deposit Cash Into The Registry of the Court in Connection With Interpleader Action, and the Court being sufficiently advised, hereby ORDERS as follows:

1. Plaintiffs shall deposit funds in the amount of $907,304 into the Registry of this Court within seven days from the date of this Order.

2. The Clerk of the Court shall accept these funds from Plaintiffs, and shall deposit these funds into an interest bearing account, where the funds shall be held until further order of this Court.

#1447850 v1 den

3.      Plaintiff's counsel shall cause a copy of this Order to be served upon the Defendants.

DATED at Denver, Colorado, on January 6, 2010.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge

PDF FINAL