IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2009-cv-03033-WDM-MEH

WAYBILL MANAGEMENT GROUP, LLC, a Delaware limited liability company, and
MUSTANG INVESTMENT HOLDINGS, LLC, a Colorado limited liability company

Plaintiffs,

v.

BJK LLC, a California limited liability company;
GABRIEL RUHAN, an Irish citizen;
STEVE SCOTT, an English citizen,

Defendants.

**ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT AND TO DISMISS CASE WITH PREJUDICE**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Disburse Funds from the Registry of the Court and to Dismiss the Case with Prejudice (the "Motion"), and the Court, having reviewed the pleadings and the Parties' Motion, and being sufficiently advised, hereby GRANTS the Parties' Motion.

IT IS HEREBY ORDERED that the Clerk of Court shall disburse the funds held in the Registry of the Court in connection with this case, plus interest and less the registry fee assessment, as follows:

1. One third (1/3) payable and to be mailed to BJK LLC, 43621 Overview Place, Leesburg, Virginia 20176;

2. One third (1/3) payable to Stephen Scott, c/o Bridgehouse Capital, 35 Davies Street, 5th Floor, London, England W1K 4LS, such payment to be mailed to Mr. Scott's counsel

of record: Ann B. Frick, Esq., Jacobs Chase Frick Kleinkopf & Kelley LLC, 1050 Seventeenth Street, Suite 500, Denver, Colorado 80265; and

3. One third (1/3) payable and to be mailed to Gabriel Ruhan, c/o Global Marine Systems Limited, New Saxon House, 1 Winsford Way, Boreham Interchange, Chelmsford, Essex CM2 5PD, England.

IT IS FURTHER ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DONE this 29th day of March, 2010.

WALKER D. MILLER
Senior United States District Judge